ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 13 2021

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOMINGO MARTINEZ | Criminal Indictment<br><br>No. 1 21-CR-015 |

THE GRAND JURY CHARGES THAT:

### Count One
### (Possession of a Firearm by a Convicted Felon)
### (18 U.S.C. § 922(g)(1))

On or about December 5, 2019, in the Northern District of Georgia, the Defendant, DOMINGO MARTINEZ, knowing that he had been previously convicted of at least one of the following offenses, that is,

- Carrying a firearm during the commission of a felony in the United States District Court for the Southern District of Texas, in or around January 1984,
- Possession of marijuana with intent to distribute in the United States District Court for the Southern District of Texas, in or around September 2011,

each of which was a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Taurus 9mm pistol, said

possession being in and affecting interstate and foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

## Forfeiture Provision

Upon conviction of the offense alleged in Count One of this Indictment, the Defendant, DOMINGO MARTINEZ, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the offense, including but not limited to the following: a Taurus 9mm pistol, bearing serial number TKZ41976, that was seized by law enforcement on or about December 5, 2019.

If, as a result of any act or omission of a Defendant, any property subject to forfeiture:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said Defendant up to the value of the

forfeitable property or seek a money judgment against said Defendant for any amount that would constitute the proceeds of such violation.

A _____ True _____ BILL

_____
FOREPERSON

BOBBY L. CHRISTINE
 *Acting United States Attorney*

*Michael S. Qin*

MICHAEL S. QIN
 *Assistant United States Attorney*
Provisionally admitted pursuant
to Local Rule 83.1
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181