# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:21-cr-00015-LMM-LTW
### USA v. Martinez
### Honorable Linda T. Walker

Minute Sheet for proceedings held In Open Court on 09/16/2021.

TIME COURT COMMENCED: 10:07 A.M.
TIME COURT CONCLUDED: 11:53 A.M.        TAPE NUMBER: FTRGOLD
TIME IN COURT: 1:36                     DEPUTY CLERK: Sonya Lee-Coggins
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Domingo Martinez Present at proceedings |
| ATTORNEY(S) PRESENT: | Bruce Harvey representing Domingo Martinez<br>Michael Qin representing USA |
| PROCEEDING CATEGORY: | Evidentiary Hearing; |
| MINUTE TEXT: | Parties appeared before the court for an evidentiary hearing. WITNESSES: Officer Brian Harman, SWORN, TESTIFIED. EXHIBITS: G1-5 AND D1-3, ADMITTED. Briefing scheduled is **ORDERED** as follows: Transcript due 10/04/2021; Defendant's perfected motion to suppress due by 10/29/2021; Government's response due by 11/19/2021; Defendant's reply brief due by 12/05/2021. Hearing Concluded.<br>Exhibits retained by the Court to be forwarded to the Clerks Office. |
| EXHIBIT STATUS: | |