IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,          :
                                   :
                                   :
                                   :
v.                                 :          CRIMINAL ACTION NO.
                                   :          1:21-cr-00015-LMM-LTW
                                   :
DOMINGO MARTINEZ,                  :
                                   :
                                   :
     Defendant.                    :

## ORDER

This matter is before the Court on the Magistrate Judge's Report and

Recommendation, Dkt. No. [40]. No objections have been filed in response to the

Magistrate Judge's Report and Recommendation. Therefore, pursuant to

28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the

Court has reviewed the Magistrate Judge's Report and Recommendation for clear

error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's

Report and Recommendation, Dkt. No. [40], as its opinion: Defendant's Motion

to Suppress, Dkt. No. [14], is **DENIED**.

The Court hereby sets the trial date for defendant Domingo Martinez to

begin on Wednesday, June 1, 2022, at 9:30 AM in Courtroom 2107, United States

Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia.  The pretrial conference
is set for Thursday, April 28, 2022, at 9:30 AM in Courtroom 2107.  By noon on
Thursday, April 14, 2022, the parties are to file their respective motions in limine
and voir dire questions.  By noon on Thursday, April 14, 2022, the Government is
to file a brief statement of facts the parties can rely on for voir dire. By noon on
Thursday, April 21, 2022, the parties are to file any objections to those items
listed above.  Requests to charge and verdict forms should be filed on CM/ECF
and emailed to the Courtroom Deputy Clerk in Word format by noon on Friday,
May 27, 2022. The time from March 16, 2022, to June 1, 2022, shall be excluded
from computation under the Speedy Trial Act pursuant to 18 U.S.C. §
3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv).

 The Court requires the parties email an exhibit and witness list to the
Courtroom Deputy Clerk by Friday, May 27, 2022.The list shall contain an
identifying description of each exhibit to the right of the exhibit numbers.  The
list shall be double spaced with approximately 1.5 inches of space to the left of the
number for court use. Additionally, the parties are required to deliver to
chambers the morning of trial a tabbed exhibit notebook for the Court's use.
Counsel shall comply with the Local Rules of this Court regarding exhibits. Any
exhibit larger than 8 ½ x 11 will be returned to counsel pursuant to L.R.
79.1(B)(5). Within ten (10) days following the conclusion of a trial or hearing, all

parties must file photographs or other appropriate reproductions of oversized and non-documentary exhibits admitted as evidence at the trial or hearing. The parties must provide a courtesy copy of any documents e-filed just prior to trial or on any day during the course of the trial.

Courtroom 2107 is technology equipped. Any training or trial runs regarding the courtroom technology must be scheduled in advance of trial via the Courtroom Deputy Clerk. The Court will not allow time for training or trial runs at the beginning of the trial. Any motions requesting leave to bring technology into the courtroom must be filed prior to the pretrial conference, to allow time for proper notification to the US Marshals Service.

It is the responsibility of counsel to immediately notify the Courtroom Deputy if the defendant requires interpretive services for any court proceeding so that services can be arranged. It is the responsibility of counsel to arrange interpretive services for any witnesses needing assistance of an interpreter for any court proceeding.

**IT IS SO ORDERED** this 16th day of March, 2022.

Leigh Martin May
**Leigh Martin May**
**United States District Judge**